Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 15−30781−SLM
                        Chapter: 13
                        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul B Johnston
   99 Ivy St
   Clark, NJ 07066−3228

Social Security No.:
   xxx−xx−8372

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**


    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/30/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: January 30, 2017
JAN: rah

                                                                          Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 15-30781-SLM
Paul B Johnston                                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jan 30, 2017
                              Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db              Paul B Johnston,    99 Ivy St,    Clark, NJ   07066-3228
515888179      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
515832774      +Nationstar Mortgage LLC,    Attn: Bankruptcy,    PO Box 619094,    Dallas, TX 75261-9094
515957933     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
515832775       State of New Jersey,    PO Box 245,    Trenton, NJ 08602-0245
515832776      +Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway, Ste 302,
                 Roseland, NJ 07068-1640
516055813      +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2017 01:43:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2017 01:43:11       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515832771      +EDI: GMACFS.COM Jan 31 2017 01:23:00       Ally Fincl,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
515835113      +E-mail/Text: bankruptcy@cavps.com Jan 31 2017 01:43:35       Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515832772      +EDI: PHINAMERI.COM Jan 31 2017 01:23:00       Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
515832773      +EDI: IRS.COM Jan 31 2017 01:23:00       Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AmeriCredit Financial Services, Inc, dba GM Financ,    PO Box 183853,   Arlington, TX 76096-3853
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF
               AMERICA FUNDING 2009-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2009-FT1
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC as Servicer for US Bank
               National Association for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through
               Certificates, Series 2009-FT1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Debtor Paul B Johnston him@lawmarcus.com
              Jeanette F. Frankenberg    on behalf of Creditor    National Mortgage, LLC cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as Servicer for US Bank
               National Association for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through
               Certificates, Series 2009-FT1 cmecf@sternlav.com
              Jenelle C Arnold    on behalf of Creditor    National Mortgage, LLC bkecfinbox@aldridgepite.com,
               jarnold@ecf.inforuptcy.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 30, 2017
                              Form ID: 148             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marie-Ann Greenberg    magecf@magtrustee.com

                                                        TOTAL: 7