Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−30781−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul B Johnston
   99 Ivy St
   Clark, NJ 07066−3228

Social Security No.:
   xxx−xx−8372

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/15/19 at 10:00 AM

to consider and act upon the following:

**53** − Motion re: Motion for Payment of Unclaimed Funds in the Amount of $316.80 Filed by Benjamin A. Stanziale Jr. on behalf of Paul B Johnston. Hearing scheduled for 12/4/2018 at 10:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Certification for an order for payment of unclaimed funds # 2 Proposed Order # 3 Certificate of Service) (Stanziale, Benjamin)

Dated: 1/9/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court