Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 15−30781−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul B Johnston
   99 Ivy St
   Clark, NJ 07066−3228

Social Security No.:
   xxx−xx−8372

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/15/19 at 10:00 AM

to consider and act upon the following:

*53* − Motion re: Motion for Payment of Unclaimed Funds in the Amount of $316.80 Filed by Benjamin A. Stanziale Jr. on behalf of Paul B Johnston. Hearing scheduled for 12/4/2018 at 10:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Certification for an order for payment of unclaimed funds # 2 Proposed Order # 3 Certificate of Service) (Stanziale, Benjamin)

Dated: 1/9/19

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-30781-SLM
Paul B Johnston                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 09, 2019
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2019.
db              #Paul B Johnston,    99 Ivy St,    Clark, NJ   07066-3228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2019 at the address(es) listed below:
          Benjamin A. Stanziale, Jr.    on behalf of Debtor Paul B Johnston trustee@stanzialelaw.com,
           nj45@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF
           AMERICA FUNDING 2009-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2009-FT1
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC as Servicer for US Bank
           National Association for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through
           Certificates, Series 2009-FT1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Harvey I. Marcus    on behalf of Debtor Paul B Johnston him@lawmarcus.com
          Jeanette F. Frankenberg    on behalf of Creditor    National Mortgage, LLC cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as Servicer for US Bank
           National Association for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through
           Certificates, Series 2009-FT1 cmecf@sternlav.com
          Jenelle C Arnold    on behalf of Creditor    National Mortgage, LLC bkecfinbox@aldridgepite.com,
           jarnold@ecf.courtdrive.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 8