UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on February 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:

Adv. No.:

Hearing Date:

Judge:

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 6, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:     Paul B. Johnston
Case No.:   15-30781
Caption:    ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO PAUL B. JOHNSTON

---

Upon the motion for Paul B. Johnston for the payment of unclaimed funds in the total amount of $316.80 payable to Paul B. Johnston, and for cause shown, it is

ORDERED that the clerk, United States Bankruptcy Court, shall, within fourteen (14) days from the date of entry of the within Order, remit the total sum of $316.80 from the Registry to Paul B. Johnston (last 4 digits of tax payer identification no. 8372).

It is further ORDERED that the checks in the amount of $316.80 shall be made payable to Paul B. Johnston and mailed to counsel for Paul B. Johnston as follows:

STANZIALE & STANZIALE, P.C.
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403

It is further ORDERED that the funds which are the subject of the within Order represent the unclaimed funds deposited by the Trustee in the within case pursuant to two (2) Notices Depositing Unclaimed Funds filed as Document Nos. 47 and 50.