UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on February 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Paul B. Johnston

Case No.: 15-30781

Adv. No.:

Hearing Date: February 5, 2019

Judge: Chief Judge Kathryn C. Ferguson

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 6, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:      Paul B. Johnston
Case No.:    15-30781
Caption:     ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO PAUL B. JOHNSTON

---

Upon the motion for Paul B. Johnston for the payment of unclaimed funds in the total amount of $316.80 payable to Paul B. Johnston, and for cause shown, it is

ORDERED that the clerk, United States Bankruptcy Court, shall, within fourteen (14) days from the date of entry of the within Order, remit the total sum of $316.80 from the Registry to Paul B. Johnston (last 4 digits of tax payer identification no. 8372).

It is further ORDERED that the checks in the amount of $316.80 shall be made payable to Paul B. Johnston and mailed to counsel for Paul B. Johnston as follows:

STANZIALE & STANZIALE, P.C.
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403

It is further ORDERED that the funds which are the subject of the within Order represent the unclaimed funds deposited by the Trustee in the within case pursuant to two (2) Notices Depositing Unclaimed Funds filed as Document Nos. 47 and 50.

United States Bankruptcy Court
District of New Jersey

In re:  
Paul B Johnston  
      Debtor

Case No. 15-30781-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Feb 06, 2019  
                        Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2019.  
db            #Paul B Johnston,   99 Ivy St,   Clark, NJ   07066-3228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2019 at the address(es) listed below:

        Benjamin A. Stanziale, Jr.   on behalf of Debtor Paul B Johnston ben@stanzialelaw.com  
        Denise E. Carlon   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING 2009-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2009-FT1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage LLC as Servicer for US Bank National Association for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Harvey I. Marcus   on behalf of Debtor Paul B Johnston him@lawmarcus.com  
        Jeanette F. Frankenberg   on behalf of Creditor   National Mortgage, LLC cmecf@sternlav.com  
        Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC as Servicer for US Bank National Association for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 cmecf@sternlav.com  
        Jenelle C Arnold   on behalf of Creditor   National Mortgage, LLC bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com  
        Marie-Ann  Greenberg   magecf@magtrustee.com  
                                                                                                                                                              TOTAL: 8